# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **BLUEPRINT IP SOLUTIONS LLC,** Plaintiff, v. **CITIBANK CORPORATION,** Defendant. | Civil Action No. 1:19-cv-25229-UU **TRIAL BY JURY DEMANDED** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Blueprint IP Solutions LLC hereby notifies the Court of the dismissal of Defendant Citibank Corporation **without prejudice**. This notice of dismissal pursuant to Civ. R. 41(a)(1)(A) is proper inasmuch as the Defendant has neither answered nor moved for summary judgement.

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street, N.W.
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173

*Board Certified in Intellectual Property Law by the Florida Bar*

ATTORNEY FOR PLAINTIFF
BLUEPRINT IP SOLUTIONS LLC